```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 31272
   LOUVERNE CROSBY
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2459

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/09/2005 and was confirmed 09/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  83.98% from remaining funds.

     The case was paid in full 07/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
BANK OF AMERICA NA         UNSECURED       NOT FILED         .00           .00
CAPITAL ONE BANK           UNSECURED OTH    6263.36          .00       5259.72
DISCOVER FINANCIAL SERVI   UNSECURED        2600.17          .00       2183.54
RESURGENT CAPITAL SERVIC   UNSECURED OTH    4092.74          .00       3437.04
ERNESTO D BORGES JR        DEBTOR ATTY     1,800.00                    1,800.00
TOM VAUGHN                 TRUSTEE                                       819.70
DEBTOR REFUND              REFUND                                         25.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             13,525.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                10,880.30
ADMINISTRATIVE                            1,800.00
TRUSTEE COMPENSATION                        819.70
DEBTOR REFUND                                25.00
                    ---------------     ---------------
TOTALS              13,525.00            13,525.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 31272 LOUVERNE CROSBY

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |